GJ__10_____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States Courts
Southern District of Texas
FILED

*August 11, 2020*

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | **CRIMINAL NO.** |
| **DENNIS DEANE DAILEY** | § | **B-20-CR-476** |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**Explosive Materials - Willfully Making a Threat (18 USC 844(e))**

On or about July 22, 2020, in the Southern District of Texas, the defendant,

**DENNIS DEANE DAILEY,**

through the use of an instrument of interstate and foreign commerce, that is, a cellular telephone, did willfully make a threat, concerning an attempt, alleged attempt to be made, and to be made, to unlawfully damage and destroy a building and real property, namely, the Veterans Affairs Medical Center in Harlingen, Texas, by means of fire and an explosive.

In violation of Title 18, United States Code, Section 844(e).

### COUNT TWO

**False Information and Hoaxes (18 USC 1038(a)(1))**

On or about July 22, 2020, in the Southern District of Texas, the defendant,

**DENNIS DEANE DAILEY,**

through a cellular telephone, did intentionally engage in conduct with an intent to convey false and misleading information under circumstances where such information may reasonably have been believed and which indicated that an activity had taken, was taking, and would take place, that would constitute a violation of Chapter 40, Title 18 United

States Code, to wit, **Dennis Deane Dailey** falsely claiming that he was going to bomb the Veterans Affairs Medical Center in Harlingen, Texas.

In violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
Oscar Ponce
Assistant United States Attorney