# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-20-476 |
| DENNIS DEANE DAILEY | § | |

## MOTION TO DISMISS INDICTMENT

The United States of America, through the United States Attorney, files this motion pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to dismiss the Indictment as to the defendant, **Dennis Deane Dailey**. In the interest of justice, and after further review and investigation, the United States will not proceed with the prosecution of the case at this time. The Government requests the Court grant its motion and dismiss the Indictment without prejudice against the above-named defendant.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*s/ Oscar Ponce*
OSCAR PONCE
Assistant U.S. Attorney
Fed. Bar No. 11420
State Bar No. 16109700
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph: (956)548-2554 / Fax: (956)548-2711

## **CERTIFICATE OF SERVICE**

I, hereby certify that on **February 2, 2022**, a copy of this Motion to Dismiss Indictment was sent to defense counsel via Notification of Electronic filing.

*s/ Oscar Ponce*
OSCAR PONCE
Assistant U.S. Attorney